HAMILTON *v.* ALABAMA.

No. 793. Decided March 30, 1964.

*Jack Greenberg, James M. Nabrit III* and *Oscar W. Adams, Jr.* for petitioner.

*Richmond M. Flowers,* Attorney General of Alabama, and *Bernard F. Sykes* and *Owen Bridges,* Assistant Attorneys General, for respondent.

Per Curiam.

The petition for writ of certiorari is granted. The judgment is reversed. *Johnson* v. *Virginia,* 373 U. S. 61.

Mr. Justice Black concurs in reversal of the judgment of contempt for reasons discussed in *In re Murchison,* 349 U. S. 133, *In re Oliver,* 333 U. S. 257, and *Thompson* v. *City of Louisville,* 362 U. S. 199. Cf. *Offutt* v. *United States,* 348 U. S. 11.

Mr. Justice Clark, Mr. Justice Harlan and Mr. Justice White are of the opinion that certiorari should be denied.